**UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

STRIKE 3 HOLDINGS, LLC, a )
limited liability company, )
       *Plaintiff*, ) Case No. **2:24-cv-00910-SPC-NPM**
***v.*** )
  )
John Joseph Repash Jr., )
       Defendant(s). )
_____/

**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant John Joseph Repash Jr ("the Defendant") by and through undersigned counsel, hereby answers the First Amended Complaint filed by Plaintiff ("Strike 3"), as follows:

1. Without knowledge; therefore denied.

2. Without knowledge; therefore denied.

3. Without knowledge; therefore denied.

4. Denied.

5. Denied

6. Without knowledge; therefore denied.

7. Without knowledge; therefore denied.

8. Without knowledge; therefore denied.

9. Denied.

10. Without knowledge; therefore denied.

11. Admitted.

12. Without knowledge; therefore denied.

13. Without knowledge; therefore denied.

14. Without knowledge; therefore denied.

15. Without knowledge; therefore denied.

16. Without knowledge; therefore denied.

17. Without knowledge; therefore denied.

18. Without knowledge; therefore denied.

19. Without knowledge; therefore denied.

20. Without knowledge; therefore denied.

21. Without knowledge; therefore denied.

22. Without knowledge; therefore denied.

23. Without knowledge; therefore denied.

24. Without knowledge; therefore denied.

25. Without knowledge; therefore denied.

26. Without knowledge; therefore denied.

27. Without knowledge; therefore denied.

28. Without knowledge; therefore denied.

29. Without knowledge; therefore denied.

30. Without knowledge; therefore denied.

31. Without knowledge; therefore denied.

32. Without knowledge; therefore denied.

33. Without knowledge; therefore denied.

34. Without knowledge; therefore denied.

35. Without knowledge; therefore denied.

36. Without knowledge; therefore denied.

37. Without knowledge; therefore denied.

38. Without knowledge; therefore denied.

39. Without knowledge; therefore denied.

40. Without knowledge; therefore denied.

41. Without knowledge; therefore denied.

42. Without knowledge; therefore denied.

43. Denied.

44. Denied.

45. Without knowledge; therefore denied.

46. Without knowledge; therefore denied.

47. Denied

48. Without knowledge; therefore denied.

49. Without knowledge; therefore denied.

50. Without knowledge; therefore denied.

51. Without knowledge; therefore denied.

52. Admitted.

53. Without knowledge; therefore denied.

54. Admitted only that Defendant resided at the residence, denied as to all other allegations.

55. Admitted.

56. Denied.

57. Denied.

58. Without knowledge; therefore denied.

59. Without knowledge; therefore denied.

60. Without knowledge; therefore denied.

61. Without knowledge; therefore denied.

62. Without knowledge; therefore denied.

63. Without knowledge; therefore denied.

64. Without knowledge; therefore denied.

65. Without knowledge; therefore denied.

## COUNT I - Direct Copyright Infringement

66. Defendant re-alleges and reincorporates answers set forth in paragraphs 1-65 as if fully set forth herein.

67. Without knowledge; therefore denied.

68. Denied

69. Denied.

70. Denied.

    A. Denied

    B. Denied

    C. Denied

    D. Denied

71. Denied.

Dated: June 2, 2025

          Respectfully Submitted,
          /s/ Alan F. Hamisch (88647)
          The Law Office of Alan F Hamisch
          501 Goodlette Frank Rd, A210
          Naples, FL 34102
          239-216-4783
          alan@NaplesLitigation.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 2, 2025 I electronically filed the foregoing document with the Clerk of Court using CM/ECF and further certify that the foregoing document is being served on all counsel via electronic transmission through the CM/ECF filing system.

          /s/ Alan F. Hamisch
          Alan F. Hamisch
          Florida Bar No. 88647