UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 2:24-cv-00910-NPM

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN JOSEPH REPASH, JR., an individual,

    Defendant.

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Strike 3 Holdings, LLC ("Plaintiff") and Defendant John Joseph Repash, Jr., ("Defendant"), by their undersigned counsel, hereby stipulate that all claims asserted against each other in Case No. 2:24-cv-00910-NPM are hereby dismissed with prejudice with each party to bear its own costs, expenses, and attorneys' fees.

Dated: June 23, 2025

                                              Respectfully submitted,

| **WAUGH, PLLC** | **LAW OFFICE OF ALAN F. HAMISHCH** |
|---|---|
| /s/ *Christian W. Waugh* | /s/ *Alan F. Hamisch* |
| CHRISTIAN W. WAUGH | ALAN F. HAMISCH |
| 201 E. Pine Street, Suite 315 | 501 Goodlette Frank Road, A-210 |
| Orlando, FL 32801 | Naples, FL 34102 |
| Telephone: 321-800-6008 | Telephone: 239-216-4783 |
| cwaugh@waugh.legal | alan@napleslitigation.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## STATEMENT OF CONSENT

I attest that consent to the filing of this document has been obtained from counsel for Defendant John Joseph Repash, Jr.,

Dated: June 23, 2025                    By: /s/ Alan F. Hamisch
                                                           Alan F. Hamisch, Esq.
                                                           *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2025 I electronically filed the forgoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                        By: /s/ Christian W. Waugh
                                                                         Christian W. Waugh, Esq.
                                                                         *Attorney for Plaintiff*